IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| MICHAEL O. SMITH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 11-0345-CV-C-FJG-SSA |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration | ) |
| Defendant. | ) |

# ORDER

Currently pending before this Court is defendant's Motion to Remand (Doc. # 11).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to reconsider the Commissioner's decision. Upon review, the Appeals Council determined that remand was appropriate. Agency counsel states that upon remand the Appeals Council will remand this case to the ALJ in order to reevaluate Plaintiff's residual functional capacity to account for the finding that Plaintiff is moderately limited in social functioning. Specifically, the ALJ will be directed to update the record and offer the Plaintiff the opportunity for a hearing. The ALJ will also obtain vocational expert testimony in order to properly determine if Plaintiff can perform other work.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Date: August 25, 2011　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge